DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| 108P14-2 | Duke Energy Carolinas, LLC v. Herbert A. Gray, Defendant/Third-Party Plaintiff v. John Wieland Homes and Neighborhoods of the Carolinas, Inc., Third Party Defendant and Builder Support Services of the Carolinas, Inc. f/k/a John Wieland Homes and Neighborhoods of the Carolinas, Inc., Fourth-Party Plaintiff v. Yarborough-Williams & Houle, Inc., Lucas-Forman, Inc., and Carter Land Surveyors & Planners, Inc., Fourth-Party Defendants | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-283) 2. Piedmont Natural Gas Company, Inc. and Public Service Company of North Carolina, Inc. d/b/a PSNC Energy's Conditional Motion for Leave to File Amicus Brief 3. North Carolina Electric Membership Corporation and the North Carolina Association of Electric Cooperatives' Conditional Motion for Leave to File Amicus Brief 4. Def/Third- Party Plt (Herbert A. Gray), Third-Party Def, Fourth-Party Plt (Builder Support Services), and Fourth-Party Def (Yarborough-Williams)'s Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed 2. Allowed 3. Allowed 4. Allowed |
| --- | --- | --- | --- |
| 108P15 | Michael C. Piro v. Karen Shapiro Piro (Now Karen Shapiro) | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 2. Def's *Pro Se* Motion for Temporary Stay 3. Def's *Pro Se* Petition for *Writ of Supersedeas* | 1. 2. Allowed **05/11/2015** 3. |
| 110P15 | State v. Terrance Newkirk | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 111P15 | ACC Construction, Inc. v. Suntrust Mortgage, Inc., et al. | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-789) | Denied |
| 113A15 | Patrick L. McCrory, et al. v. Philip E. Berger, et al. | Def's Motion for Leave to File Amended Brief | Allowed ·05/07/2015 |
| 113A15 | Patrick L. McCrory, et al. v. Philip E. Berger, et al. | 1. Defendant-Appellants' Motion for Enlargement of Time Allowed for Oral Argument 2. *Amici's* (Carolina AGC, et al.) Motion for Leave to Participate at Oral Argument | 1. Denied 2. Allowed |